UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
VOGEL, DANIEL DAVID § Case No. 13-07242
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/09/2014 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2013     By: Kenneth S. Gardner
                                 Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
VOGEL, DANIEL DAVID § Case No. 13-07242
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,000.00 |
| and approved disbursements of | $ 50.00 |
| leaving a balance on hand of[1] | $ 14,950.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 166.28 | $ 0.00 | $ 166.28 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,416.28 |
| Remaining Balance | | $ | 12,533.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,083.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CitiFinancial, Inc | $ 11,725.23 | $ 0.00 | $ 2,258.04 |
| 000002 | Premier Bankcard/ Charter | $ 300.32 | $ 0.00 | $ 57.84 |
| 000003 | Nicor Gas | $ 844.08 | $ 0.00 | $ 162.55 |
| 000004 | Wanda Mitchell | $ 52,213.63 | $ 0.00 | $ 10,055.29 |

Total to be paid to timely general unsecured creditors     $     12,533.72

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-07242-CAD
Daniel David Vogel                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 2          Date Rcvd: Nov 20, 2013
                              Form ID: pdf006       Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2013.
```
db         +Daniel David Vogel,    242 S. Rosedale Ave.,    Aurora, IL 60506-4533
20089173   +AT&T,    Accord Creditor Services,    P.O. Box 10002,    Newnan,GA 30271-0002
20089167   +Air Tran,    P.O. Box 23066,    Columbus, GA 31902-3066
20089180   +Alarm Detection Systems,    1111 Church Rd.,    Aurora, ll.   60505-1905
20089169    American Express Blue,    P.O. Box 0001,    L.A., CA 90096
20089193   +Anthony Pizzo,    16736 Laramie,    Oak Forest, IL 60452-4426
20089370   +Anthony Pizzo- DBA Genoas Italian Concession, Inc,    16736 Laramie,    Oak Forest, IL 60452-4426
20089170    Charter One,    P.O. Box 18204,    Providence, Rl 02940
20089165   +Chase Ink,    P.O. Box 15153,    Wilmington, DE 19886-5153
20089168   +Citi Business- A Advantage,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
20860932    CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
20089371   +Custom Rentals, Inc- Joe Falco,    PO Box 543,    Itasca, IL 60143-0543
20089182   +Dreyer Medical Clinic,    P.O. Box 105173,    Atlanta, GA 30348-5173
20089183   +Edwards Health Ventures,    1 E. County line Rd.,    Sandwich, ll.   60548-2178
20089187   +Fist Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
20089174   +Home Pages Directories,    915 E. lincoln Highway,    Dekalb, ll   60115-3941
20089194   +Joe Falco - Custom Rentals, Inc.,    P.O. Box 543,    Itasca, IL 60143-0543
20089196   +John P. Bryan,    P.O. Box 998,    Aurora, IL 60507-0998
20089175   +Kane County Health Department,    1240 N. Highland Ave., Ste. 5,    Aurora, ll.   60506-1453
20089190   +Lending Club,    P.O. Box 707600,    Tulsa, OK 74170-7600
20089186   +Life Net DBA Arch Air Medical Service,    P.O. Box 713391,    Cincinnati, OH 45271-3391
20089184   +Loyola University Medical Center,    P.O. Box 3266,    Milwaukee, WI 53201-3266
20089195   +Lydia King,    1133 Sears Cr.,    Elburn, IL 60119-7861
20089171   +M&T Bank,    P.O. Box 790408,    St. Louis, MO 63179-0408
20089189   +One Main Financial,    P.O. Box 70911,    Charlotte, NC 28272-0911
20089191   +PLS,    2150 W. Galena Blvd,    Aurora, IL 60506-3203
20089166   +PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
20089185   +Pathology Assoc. of Aurora, LLC,    P.O. Bo 140700,    Toledo, OH 43614-0700
20089372   +Patricia Vogel,    242 S. Rosedale Ave.,    Aurora, IL 60506-4533
20089172   +Preferred long Distance,    CRF Solutions,    2051 Royal Ave.,    Simi Valley, CA 93065-4679
20089192   +Prosper Marketplace,    I.C Systems Inc.,    444 Highway 96 East, P .O. Box 64437,
             St. Paul, MN 55127-2557
20089181   +Rush-Copley Medical Center,    2000 Ogden Ave.,    Aurora, IL 60504-7222
20089197   +Stephen Merritt,    13810 S. Cicero Ave.,    Crestwood, ll   60445-1827
20089178   +Village of Elburn,    301 E. North St.,    Elburn, ll.   60119-9006
20089374   +Wanda Mitchell,    C/O Riley N Oncken,    119 N Maple Street,    Sycamore, IL 60178-1415
20089179   +Wanda Mitchell,    407 E. High St.,    Sycamore, IL 60178-1907
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20089188    E-mail/Text: bankruptcy@cashcall.com Nov 21 2013 01:20:21    Cash Call,   P .O. Box 66007,
             Anaheim, CA 92816
20089177   +E-mail/Text: legalcollections@comed.com Nov 21 2013 01:20:16    Comed,   P.O. Box 6111,
             Carol Stream, IL 60197-6111
20089176   +E-mail/Text: bankrup@aglresources.com Nov 21 2013 01:18:06    Nicor,   P.O. Box 632,
             Aurora, IL 60507-0632
21037273   +E-mail/Text: bankrup@aglresources.com Nov 21 2013 01:18:06    Nicor Gas,   PO Box 549,
             Aurora,IL 60507-0549
20895597   +E-mail/Text: csidl@sbcglobal.net Nov 21 2013 01:20:07    Premier Bankcard/ Charter,
             P.O. Box 2208,    Vacaville, CA 95696-8208
20089164   +E-mail/Text: bankruptcyteam@quickenloans.com Nov 21 2013 01:19:56    Quicken Loans,
             1050 Woodward Ave.,    Detroit, MI 48226-1906
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20089373*   +Quicken Loans, Inc,    1050 Woodward Ave.,    Detroit, MI 48226-1906
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: kseldon              Page 2 of 2            Date Rcvd: Nov 20, 2013
                              Form ID: pdf006            Total Noticed: 42
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor   Quicken Loans Inc. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 3
```