# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
VOGEL, DANIEL DAVID § Case No. 13-07242
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter        on                  . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CONG BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CITIFINANCIAL, INC | | | | | |
| 000003 | NICOR GAS | | | | | |
| 000002 | PREMIER BANKCARD/ CHARTER | | | | | |
| 000004 | WANDA MITCHELL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 13-07242  Doc 46  Filed 03/24/14  Entered 03/24/14 14:57:39  Desc Main
Document      Page 6 of 8

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-07242 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | VOGEL, DANIEL DAVID | | | | Date Filed (f) or Converted (c): | 02/26/13 (f) |
| | | | | | 341(a) Meeting Date: | 03/25/13 |
| For Period Ending: | 03/09/14 | | | | Claims Bar Date: | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash | 42.00 | 42.00 | DA | 0.00 | FA |
| 2. checking account - 5/3rd | 4.76 | 4.76 | DA | 0.00 | FA |
| 3. real estate - 542 S. Rosedale, Aurora, I2 | 121,000.00 | 0.00 | DA | 0.00 | FA |
| 4. household goods | 450.00 | 450.00 | DA | 0.00 | FA |
| 5. 1/2 interest in cd's and antiques | 175.00 | 175.00 | DA | 0.00 | FA |
| 6. wearing apparel | 100.00 | 100.00 | DA | 0.00 | FA |
| 7. jewelry | 250.00 | 250.00 | DA | 0.00 | FA |
| 8. camera | 50.00 | 50.00 | DA | 0.00 | FA |
| 9. company - Digital Media Group | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. company - Holy Grail Enterprises | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. past payroll | 17,500.00 | 17,500.00 | | 15,000.00 | FA |
| 12. tax refund | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 1996 Toyota Corola | 750.00 | 0.00 | DA | 0.00 | FA |
| 14. fax machine | 37.00 | 37.00 | DA | 0.00 | FA |
| 15. cat | 0.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $143,358.76 | $18,608.76 | | $15,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-07242 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | VOGEL, DANIEL DAVID | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0759 Checking Account |
| Taxpayer ID No: | *******2779 | | | |
| For Period Ending: | 03/09/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/13 | 11 | DANIEL DAVID VOGEL 242 S. ROSEDALE AVE. AURORA, IL 60506 | | 1122-000 | 5,000.00 | | 5,000.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| * 07/10/13 | | Daniel D. Vogel | | 1121-003 | 5,000.00 | | 9,990.00 |
| * 07/30/13 | | Daniel D. Vogel | NSF check | 1121-003 | -5,000.00 | | 4,990.00 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 4,980.00 |
| * 08/12/13 | | DANIEL DAVID VOGEL 242 S. ROSEDALE AVE. AURORA, IL 60506 | | 1121-003 | 5,000.00 | | 9,980.00 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 9,970.00 |
| * 09/25/13 | | DANIEL DAVID VOGEL 242 S. ROSEDALE AVE. AURORA, IL 60506 | check returned for NSF | 1121-003 | -5,000.00 | | 4,970.00 |
| 09/25/13 | 11 | DANIEL DAVID VOGEL 242 S. ROSEDALE AVE. AURORA, IL 60506 | | 1121-000 | 5,000.00 | | 9,970.00 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 10.00 | 9,960.00 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 9,950.00 |
| 11/15/13 | 11 | Dan Vogel | | 1121-000 | 5,000.00 | | 14,950.00 |
| 01/09/14 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 2,250.00 | 12,700.00 |
| 01/09/14 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 166.28 | 12,533.72 |
| 01/09/14 | 001003 | CitiFinancial, Inc P.O. Box 6042 | | 7100-000 | | 2,258.04 | 10,275.68 |

Page Subtotals      15,000.00      4,724.32

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-07242 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | VOGEL, DANIEL DAVID | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0759 Checking Account |
| Taxpayer ID No: | *******2779 | | | |
| For Period Ending: | 03/09/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/14 | 001004 | Sioux Falls, SD 57117-6042 Premier Bankcard/ Charter P.O. Box 2208 | | 7100-000 | | 57.84 | 10,217.84 |
| 01/09/14 | 001005 | Vacaville, CA 95695 Nicor Gas PO Box 549 Aurora,IL 60507 | | 7100-000 | | 162.55 | 10,055.29 |
| 01/09/14 | 001006 | Wanda Mitchell 407 E High St. Sycamore, IL 60178 | | 7100-000 | | 10,055.29 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 15,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0759 | 15,000.00 | 15,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,000.00 | 15,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        10,275.68

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*